452 A.2d 52

Rodin v. Dick Mackey Contracting Co., Inc., Appellant.

Submitted December 8, 1981. William Zacharellis, for appellant; Myles R. Wren, for appellees.

Before CAVANAUGH, McEWEN and BECK, JJ.

The order of the learned Lackawanna County Common Pleas Court Judge S. John Cottone is affirmed.